# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHRISTOPHER FLETCHER**  **PETITIONER**
**ADC #102523**

VS.   NO. 4:21-CV-00515-BSM-ERE

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**   **RESPONDENT**

## ORDER

Respondent has filed a Response (*Doc. 10*) asserting three alternative grounds for dismissing Mr. Fletcher's 28 U.S.C. § 2254 habeas petition: (1) the petition is time-barred because Mr. Fletcher failed to meet the one-year statute of limitations under 28 U.S.C. § 2244(d)(1); (2) the claims presented are procedurally defaulted because Mr. Fletcher failed to present them in state court, and the time for doing so has passed; and (3) the claims presented are without merit.

Mr. Fletcher is directed to file, on or before **Monday, August 29, 2021**, a Reply addressing Respondent's arguments for dismissal.

IT IS SO ORDERED this 30th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE