IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER FLETCHER**  PETITIONER
*ADC #102523*

v.  CASE NO. 4:21-CV-00515-BSM

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**  RESPONDENT

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 13] is adopted. Christopher Fletcher's petition [Doc. No. 1] is dismissed with prejudice and a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE