IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER FLETCHER**                                                                 **PETITIONER**
*ADC #102523*

v.                              **CASE NO. 4:21-CV-00515-BSM**

**DEXTER PAYNE, Director**
**Arkansas Division of Correction**                                                      **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE